IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SAFETY SHOT, INC.,

    Plaintiff(s)

v.

CAPYBARA RESEARCH, IGOR APPELBOOM,
and ACCRETIVE CAPITAL LLC d/b/a BENZINGA,

    Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:23-cv-10583

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Safety Shot, Inc. and or their counsel(s), hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant(s) Caybara Research, Igor Appelboom, and Accretive Capital LLC d/b/a BENZINGA.

Date: December 5, 2023

_Signature of plaintiffs or plaintiff's counsel_

390 N. Broadway Suite 140
*Address*

Jericho, New York 11753
*City, State & Zip Code*

(516)-455-1500 Ext. 115
*Telephone Number*